UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     'O'

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-00215-CAS (Ex) | Date | January 25, 2019 |
| Title | BARRY ROSEN v. HOLLYWOOD SHOW, LLC ET AL. | | |

Present: The Honorable    CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                                      Not Present

**Proceedings:**    (IN CHAMBERS) - PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER STRIKING DEFENDANT HOLLYWOOD SHOW LLC'S ANSWER AND OTHER FILINGS (Dkt. 41, filed January 22, 2019)

The Court is in receipt of plaintiff's ex parte application for an order striking defendant Hollywood Show LLC's answer and other filings, dkt. 41, defendant's opposition, dkt. 44, and plaintiff's reply, dkt. 45.

Ex parte applications are appropriate only in "extremely limited" circumstances. In re Intermagnetics America, Inc., 101 B.R. 191, 193 (C.D. Cal. 1989). In order to justify ex parte relief, the moving party must establish (1) that its cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures, and (2) that it is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect. See Mission Power Eng'g Co. v. Continental Cas. Co., 883 F.Supp. 488, 492 (C.D. Cal. 1995).

Plaintiff contends that ex parte relief is appropriate "in the interest of judicial economy to avoid unnecessary expenditures of the court's time." Dkt. 41 at 1. This is not a cognizable reason for granting ex parte relief. There is no indication that plaintiff will be "irreparably prejudiced" if his underlying motion to strike defendant's answer is heard on the regular motion calendar. Id. at 493. The Court thus finds that plaintiff has failed to demonstrate good cause for ex parte relief.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  'O'

| Case No. | 2:18-cv-00215-CAS (Ex) | Date | January 25, 2019 |
| Title | BARRY ROSEN v. HOLLYWOOD SHOW, LLC ET AL. | | |

Accordingly, plaintiff's ex parte application is **DENIED**. To the extent plaintiff intends to pursue his motion to strike defendant's answer, he may file a regularly noticed motion.

IT IS SO ORDERED.

00 : 00
Initials of Preparer    CMJ