December 20, 1919

FILED
CLERK, U.S. DISTRICT COURT

December 24, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CMJ___ DEPUTY

To: Hon. Christina A. Snyder,, Presiding

Ulnited States District Couirt

Central District of California

312 No. Spring Street

Los Angeles, CA 90012

Ref: Civil Action No. 2:18-cv-00215-CAS-E

Myron Ross dba Heroes & Legends is an autograph dealer. We received a cease and desist letter from the Barry Rosen attorney and immediately complied with this. The image, a

copyrighted photo of Gina lee Nolan from Baywatch was not marked as such and Ms. Nolan signed over 100 such copies of which we purchased 5 for the autographs at a cost of $20.00 each ($100.00) to resell for $40 or $45 each.

Since Ms. Nolan essentially knew these were copyright she has apparently placed hundreds of people at risk of being sued by Rosen as we were. We did NOT reprint the photos. We have since found out that they were reprinted by Hollywood Show for Ms. Nolan to sign. David Elkouby of Hollywood Show advised me he paid $25,000.00 to Rosen as "punishment" for

reprinting the photo. We purchased these strictly for the autograph and had nothing to do with the printing. Our COA (certificate of Authenticity) states nothing about the image, only the autograph, we still do not feel we did anything wrong as the autograph was signed by Ms. Nolan and that is what we purchased.

It seems we were caught in the middle of a problem between Rosen and the Hollywood Show as possible another 100 people may be in the future.

Myron Ross

Heroes & Legends




