JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLYWOOD SHOW, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; MYRON ROSS, AN INDIVIDUAL RESIDING IN CALIFORNIA, INDIVIDUALLY AND DOING BUSINESS AS "HEROES & LEGENDS"; AND DOES 1 THROUGH 10,<br><br>Defendants. | **Case No. 18-cv-00215-CAS-Ex**<br>*Hon. Christina A. Snyder Presiding*<br><br>**DEFAULT JUDGMENT** |

The above-entitled matter came before the Court on December 16, 2019, pursuant to plaintiff Barry Rosen's motion for entry of default judgment against defendant Myron Ross, an individual, individually and doing business as "HEROES & LEGENDS." It appearing that defendant Myron Ross, having been regularly served with process and having failed to plead or otherwise defend this action, and default having been entered, and the Court having considered plaintiff's motion for

entry of default judgment, supporting declaration, and all other papers filed in this matter, and good cause appearing therefore, the Court ORDERS as follows:

1. Judgment shall be entered in favor of plaintiff Barry Rosen and against defendant Myron Ross, an individual, individually and doing business as "HEROES & LEGENDS," in the amount of $800.00;

2. Ross shall be enjoined from selling, marketing, distributing, publishing advertising or otherwise using the Accused Image.

3. Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 9, 2020

*Christina A. Snyder*
The Hon. Christina A. Snyder
Unites States District Judge